Eddie Dean MEEKS, Petitioner–
Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 01–6154.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Eddie Dean Meeks, pro se.

Before WIDENER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit J.

PER CURIAM.

Eddie Dean Meeks seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Meeks v. United States,* No. CA–00–932–5–BR (E.D .N.C. Jan. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*